**PROPOSED ORDER/COVER SHEET**

TO:    **Honorable Thomas S. Hixson**        RE:  **Hua Liang XIE**
          **U.S. Magistrate Judge**

FROM:  **Silvio Lugo, Chief**        Docket No.:  **3:25-cr-00428-CRB-2**
          **U.S. Pretrial Services Officer**

Date:    **February 12, 2026**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Jessica Portillo                (510) 637-3755

Pretrial Services Officer            **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by: Magistrate Judge _____ Presiding  District Court Judge _____

☑ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated in bold below (All other conditions to remain in effect):

The defendant must not travel outside the Northern District of California, **Eastern District of California, and Central District of California, with prior approval of U.S. Pretrial Services.**

☐ Modification(s) in italics:

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

_____

**JUDICIAL OFFICER**        February 17, 2026
                **DATE**

Thomas S. Hixson

U.S. Magistrate Judge